UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GOLDEN ELPIDA S.A.,

                       Plaintiff,           08 CV 7320 (DC)

-v-

                      **STATEMENT PURSUANT TO F.R.C.P 7.1**

RG TRADE ALLIANCE LTD a.k.a. RG TRADE
ALLIANCE LIMITED – UK and RG GRAIN TRADE LLP,

                      Defendants.

------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, GOLDEN ELPIDA S.A., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
       August 18, 2008

                               CHALOS & CO, P.C.
                               Attorneys for Plaintiff
                               GOLDEN ELPIDA S.A.

            By:     _____
                               George M. Chalos (GC-8693)
                               123 South Street
                               Oyster Bay, New York 11771
                               Tel: (516) 714-4300
                               Fax: (866) 702-4577
                               Email: gmc@chaloslaw.com